# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    Case No. **1:14-cr-00223-SAB** |
| Plaintiff, | ) |
| v. | )    **DEFENDANT'S STATUS REPORT ON** |
| | )    **UNSUPERVISED PROBATION** |
| DINORA LIZBETH CORDOVA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 USC § 665 (Theft or Embezzlement from Employment and Training Funds

**Sentence Date:** November 20, 2014

**Review Hearing Date:** September 17, 2015

**Probation Expires On:** November 20, 2015

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $6,105.00 which Total Amount is made up of a Fine: $ 2,000.00 Special Assessment: $ 25.00   Processing Fee: $     Restitution: $4,080.00

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Conviction of California Vehicle Code section 22350 on June 25, 2015.

☒ To date, Defendant has paid a total of $ 6105.00
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.

              Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT POSITION:***

☐        The Government agrees to the above-described compliance.

**X**        The Government disagrees with the following area(s) of compliance:  Defendant failed to comply with the court's order to obey all federal, state and local laws while on probation.  Defendant violated California Vehicle Code Section 22350 – Speeding on April 22, 2015 and was convicted of same on June 25, 2015.

        Government Attorney:  /s/ Bayleigh J. Pettigrew

***DEFENDANT'S REQUEST (OPTIONAL):***

        In light of the information detailed in this status report, the defendant moves for the following:

☒        that the review hearing set for 9/17/2015 at 10:00 a.m. Choose an item.

        ☐        be continued to Click here to enter a date. at 10:00 a.m.; or

        ☒        be vacated.

☒        that Defendant's appearance for the review hearing be waived.

DATED:  9/2/2015                                        /s/ Brent H.  Merritt_____
                                                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐        GRANTED.  The Court orders that Choose an item.

**X**        DENIED.

DATED: **Sep 3, 2015**                                        _____
                                                                    **STANLEY A. BOONE**
                                                                    United States Magistrate Judge